## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

CHERYL HAMPTON,                          )
                                         )          8:04CV612
        Plaintiff,                       )
                                         )
    vs.                                  )          ORDER
                                         )
QWEST DISABILITY PLAN,                   )
                                         )
        Defendant.                       )

This matter is before the court following a telephone planning conference with counsel on July 18, 2005. Participating for the plaintiff was Leonard W. Shefren and for the defendants were Donald W. Heyrich and Thomas M. Affolter. The plaintiff filed an Amended Complaint in this matter on April 22, 2005 (Filing No. 27). The Amended Complaint named Qwest Disability Plan as the sole defendant. Qwest Disability Plan answered the Amended Complaint on May 6, 2005 (Filing No. 28). During the planning conference set forth above, the plaintiff orally moved to dismiss defendant Qwest Communications Corporation f/n/a Qwest Communications, Inc. Qwest Disability Plan had no objections to the motion.

**IT IS ORDERED:**

1.    The plaintiff's oral motion to dismiss Qwest Communications Corporation f/n/a Qwest Communications, Inc. is granted.

2.    The Clerk shall term Qwest Communications Corporation f/n/a Qwest Communications, Inc. as a defendant and shall re-caption this case as "Cheryl Hampton v. Qwest Disability Plan."

DATED this 19th day of July, 2005.

BY THE COURT:

    s/Thomas D. Thalken
    United States Magistrate Judge